UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
EDGAR PEREZ, on behalf of himself and all others similarly situated,

                           Plaintiffs,          Docket No.: 13-cv-05166 (ILG)(JO)

     -against-                            SO-ORDERED STIPULATION

MERRICK DELI & GROCERY, INC. and
HUSSAIN S. MUSED, an individual;

                           Defendants.
------------------------------------------------------------------X

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties in the above-captioned action, that the trial set before the Honorable Judge I. Leo Glasser on March 7, 2016 shall be tried as a bench trial on all issues.

      It is further stipulated and agreed that an electronic copy of this stipulation shall be deemed to be an original and this stipulation may be signed in counterparts.

Dated:   February ___, 2016          Dated:   February 29, 2016

By: _____             By: _____
Michael G. Radigan, Esq.                     Phillip Bocketti, Esq.
Louis M. Leon, Esq.                           MALLOE, KONSTAM, MAZUR
BORRELLI & ASSOCIATES, P.L.L.C.       BOCKETTI & NISONOFF, P.C.
1010 Northern Boulevard, Suite 328         321 Broadway, 5th Floor
Great Neck, New York 11021                New York, New York 10007
Tel: (516) 248-5550                            Tel: (212) 964-7990

*Attorneys for Plaintiff*                         *Attorneys for Defendants*

SO ORDERED:

DATE: February ____, 2016                 _____
                                                       Glasser, U.S.D.J.